RECEIVED
MAR 2 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Plaintiff(s), Cherry Yolanda Bell

v.

Employment Connections

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES [X]   NO [ ]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

\_\_\_\_ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

\_\_\_\_ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

X   Other (Describe) ~~Retal~~ Retaliation

## PARTIES

2. Plaintiff's name: Cherry Yolanda Bell

   Plaintiff's address: 206 State Street
   Street address or P.O. Box

   Belleville IL. 62220
   City/ County/ State/Zip Code

   618 491-1197
   Area code and telephone number

3. Defendant's name: Employment Connections

   Defendant's address: _____
   Street address or P.O. Box

   2838 Market Street St. Louis MO 63103
   City/County/State/ Zip Code

   314-333-5627
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)          (State)   (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

_December 14th 2022_____

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☒ Yes   Date filed: _2·6·2023_

☐ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes   Date filed: _2·6·2023_

☐ No

8.  Have you received a Notice of Right-to-Sue Letter?

☒ Yes            ☐ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me

    _X_ termination of my employment

    \_\_\_\_ failure to promote me

    \_\_\_\_ failure to accommodate my disability

    \_\_\_\_ terms and conditions of my employment differ from those of similar employees

    _X_ retaliation

    _X_ harassment

    \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

    _X_ Yes                    \_\_\_\_ No

11. I believe that I was discriminated against because of my (check all that apply):

- [x] race
- [ ] religion
- [ ] national origin
- [ ] color
- [x] gender
- [ ] disability
- [ ] age (birth year is: _____)
- [ ] other: _____

Did you state the same reason(s) in your charge of discrimination?

[x] Yes        [ ] No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I was Sexually harassed on multiple occasions by Mr. Bernard Hatley

I was harassed on multiple occasions by Tamare Williams

I was harassed by my Supervisor Karla Humphrey

On December 8th 2022, I met with David Kessel (Vice President) and Sal Martinez (Chief Executive) and made a verbal complaint. Mr. Kessel ask me to put the complaint in writing. I filed a formal complaint on December 12, 2022. I was fired on ~~December 12~~ December 14, 2022

See paperwork attached

(Continue to page 6, if additional space is needed.)

5

Mrs. Karla Humphrey retaliated against me by making up false complaint letters and refusing to pay money owed to me during my time at employment connection

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

[X] are still being committed by the defendant.

[ ] are no longer being committed by the defendant.

[X] may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

*I would like the Court to award me Compensatory and Punitive damages. Thank you*

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __March__, 20__23__.

Signature of Plaintiff  _____

8