**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CHERRY YOLANDA BELL ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:23-cv-00267-SEP |
| ) | |
| EMPLOYMENT CONNECTION, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this day and incorporated herein, this action is dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 25th day of March, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE